JOHN N. BURNS, as Administrator de Bonis Non of REBECCA C. WAYNE, Deceased, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

(Submitted February 23, 1915; decided March 3, 1915.)

Motion to amend remittitur by striking therefrom the provision for costs granted. (See 213 N. Y 516.)

---

WILLIS S. HOUSEL, as Executor of ELIZABETH W. SHELDON, Deceased, Respondent, *v.* NETTIE V. C. SMITH, Individually and as Executrix of CARRIE T. COOK, Deceased, et al., Appellants.

(Submitted February 23, 1915; decided March 3, 1915.)

Motion for re-argument denied, with ten dollars costs. (See 213 N. Y. 666.)

---

MARY DRUCKER, as Executrix of EPHRAIM DRUCKER, Deceased, Appellant, *v.* MANHATTAN RAILWAY COMPANY et al., Defendants, and ESTHER DAVIS, Respondent.

(Submitted February 23, 1915; decided March 3, 1915.)

Motion for re-argument denied, with ten dollars costs. (See 213 N. Y. 543.)

---

THE SECOND NATIONAL BANK OF THE CITY OF NEW YORK, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

(Submitted February 23, 1915; decided March 3, 1915.)

Motion for re-argument granted. (See 213 N. Y. 457.)